UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| EDWARD L. WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL WEIGAND, et al., )<br>)<br>Defendants. ) | CASE NO. 1:09 CV 1386<br><br>JUDGE DAN AARON POLSTER<br><br><br>JUDGMENT ENTRY |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

      /s/Dan Aaron Polster 7/23/09
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE